# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JANE E. FINLEY,<br><br>      Plaintiff,<br>v.<br><br>CITY OF KENOSHA,<br><br>      Defendant. | Case No. 15-CV-1569-JPS<br><br><br>**ORDER** |

  On December 7, 2016, the defendant filed a letter with the Court stating that the parties had reached a settlement. (Docket #25). The letter requests that the Court vacate the trial date, set for Monday, December 12, 2016. *Id.* It further requests that the parties be allowed to finalize the settlement with the City of Kenosha Common Council, which next meets on December 19, 2016. *Id.* Both requests will be granted. The Court will further require that the parties file a stipulation of dismissal for this action no later than **January 9, 2017**.

  Accordingly,

  **IT IS ORDERED** that this matter's December 12, 2016 trial date (Docket #10 at 1) be and the same is hereby **VACATED**; and

  **IT IS FURTHER ORDERED** that the parties shall file a stipulation of dismissal of this matter on or before **January 9, 2017**.

  Dated at Milwaukee, Wisconsin, this 8th day of December, 2016.

            BY THE COURT:

            J.P. Stadtmueller
            U.S. District Judge